UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE:  RHONDA L SAGE
Debtor(s)                                                                         CASE NO: 18-90564-AKM-13

### NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Joseph M. Black, Jr., gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the Debtor(s) have completed all payments under the Plan.

**Part 1:   Mortgage Information**

**Name of Creditor**: RUSHMORE LOAN MANAGEMENT SERVICES
**Court Claim#:**   009
**Last four digits** of any number used to identify the Debtor account: 9461
**Property Address:**   294 WESTERN PARKWAY, SEYMOUR, IN

**Part 2:   Cure Amount**

Total cure disbursements made by the Trustee:

| | | |
|---|---|---|
| a. | Allowed Pre-petition Arrearage: | $3,211.70 |
| b. | Prepetition arrearage paid by the Trustee or Prepetition arrearage resolved by a loan modification: | $3,211.70 $ |
| c. | Amount of Post-petition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $ |
| d. | Amount of post-petition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the Trustee | $ |
| e. | Allowed Post-petition arrearage: | $6872.09 |
| f. | Post-petition arrearage paid by the Trustee | $6872.09 |
| g. | Total. Add lines b, d, and f. | $10,083.79 |

**Part 3:   Post-petition Mortgage Payment**

Mortgage is paid through the Trustee.                    X
Current monthly mortgage payment.                                                          $791.15

The next post-petition payment is due on:                                           DECEMBER 2022

Mortgage is paid directly by the Debtor(s).                    _

**Part 4:    A Response Is Required By Bankruptcy rule 3002.1(g)**

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the Trustee within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding post-petition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all post-petition payments as of the date of the response.   Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.


Dated: November 7, 2022

                    Respectfully Submitted

                    /s/ Joseph M. Black, Jr.
                    Joseph M. Black, Jr., Trustee
                    PO Box 846
                    Seymour, IN 47274
                    Phone: (812)524-7211
                    Fax:     (812)523-8838
                    Email: jblacktrustee@trustee13.com


CERTIFICATE OF SERVICE

       I hereby certify that on November 7, 2022, a copy of the foregoing pleading was filed electronically.   Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System.   Parties may access this filing through the Court's system.

KOEHLER LAW OFFICE    lloydkoehler@hotmail.com
U.S. TRUSTEE                    ustpregion10.in.ecf@usdoj.gov

       I further certify that on November 7, 2022, a copy of the foregoing pleading was mailed by first-class, U.S. Mail, postage prepaid, and properly addressed to the following:

RHONDA L SAGE
294 WESTERN PARKWAY
SEYMOUR, IN   47274-


RUSHMORE LOAN MANAGEMENT SERVICES LLC
PO BOX 55004
IRVINE, CA 92619-2708


                    /s/ Joseph M. Black, Jr.
                    Joseph M. Black, Jr., Trustee